UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------

MRS. JELLO, LLC,

        Plaintiff,

-against-

TUCOWS (DELAWARE) INC. and,
TUCOWS.COM, CO. d/b/a
123CHEAPDOMAINS.COM,

        Defendants.

------------------------------------------------

Case No: 09 CV 9000 (DAB)

**STIPULATION OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS OR ATTORNEYS' FEES**

**Document Electronically Filed**

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, it is hereby stipulated by and between the undersigned that all of plaintiff's claims against defendants Tucows (Delaware), Inc. and Tucows.com Co. (incorrectly named as "Tucows.com, Co. d/b/a 123CheapDomains.com") be and hereby are dismissed with prejudice and without costs or attorneys' fees against any party.

**KENYON & KENYON LLP**

_____
James E. Rosini (JR 7791)
Mimi K. Rupp (MR 0007)
One Broadway
New York, NY 10004
Telephone: (212) 425-7200
Facsimile: (212) 425-5288

*Attorneys for Plaintiff*

Dated: January 26, 2010

**ADORNO & YOSS LLP**

_____
David H. Ganz
350 Fifth Avenue
Suite 5720
New York, New York 10118
Telephone: (212) 809-5700
Facsimile: (212) 809-5701

*Attorneys for Defendants*

Dated: January 27, 2010

So Ordered      _____
                     Deborah A. Batts, U.S.D.J.

Dated: