Case 1:09-cv-09000-DAB   Document 7   Filed 01/27/2010   Page 1 of 1

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 01/29/10
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

■ -------------------------------------------- ■

MRS. JELLO, LLC,

                    Plaintiff,                    Case No:  09 CV 9000 (DAB)

     -against-

TUCOWS (DELAWARE) INC. and,              **STIPULATION OF DISMISSAL**
TUCOWS.COM, CO. d/b/a                    **WITH PREJUDICE AND**
123CHEAPDOMAINS.COM,                     **WITHOUT COSTS OR**
                                         **ATTORNEYS' FEES**

                    Defendants.          <u>**Document Electronically Filed**</u>

■ -------------------------------------------- ■

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, it is hereby

stipulated by and between the undersigned that all of plaintiff's claims against defendants

Tucows (Delaware), Inc. and Tucows.com Co. (incorrectly named as "Tucows.com, Co.

d/b/a 123CheapDomains.com") be and hereby are dismissed with prejudice and without

costs or attorneys' fees against any party.

**KENYON & KENYON LLP**                          **ADORNO & YOSS LLP**

_____                        _____
James E. Rosini (JR 7791)                        David H. Ganz
Mimi K. Rupp (MR 0007)                           350 Fifth Avenue
One Broadway                                     Suite 5720
New York, NY 10004                               New York, New York 10118
Telephone: (212) 425-7200                        Telephone: (212) 809-5700
Facsimile: (212) 425-5288                        Facsimile: (212) 809-5701

*Attorneys for Plaintiff*                        *Attorneys for Defendants*

Dated: January 26, 2010                          Dated: January 27, 2010

So Ordered

_____
Deborah A. Batts, U.S.D.J.

Dated:                                           Jan 29, 2010